**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL BENTON | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.:    4:14-CV-149-CAS |
| | ) | |
| v. | ) | |
| | ) | |
| SPECIFIED CREDIT ASSOCIATION | ) | |
| | ) | |
| Defendant. | ) | |

**LIMITED ENTRY OF APPEARANCE**

COMES NOW Dennis J. Barton III, and he enters his limited appearance on behalf of

Defendant Specified Credit Association in the above captioned case solely for the purpose of

filing an extension of time to preserve Defendant's time to answer or otherwise respond to

Plaintiff's Complaint.

Respectfully submitted,

**SPECIFIED CREDIT ASSOCIATION**

By: /s/ Dennis J. Barton III
Dennis J. Barton III, #55176MO
The Barton Law Group, LLC
17600 Chesterfield Airport Rd., Ste. B7
Chesterfield, MO 63005
Phone: (636) 778-9520
Fax:    (636) 778-9523
dbarton@bartonlawllc.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2014, I served the parties listed below the foregoing
via CM/ECF:

Camron Hoofar
202 SW Market Street
Lee's Summit, MO 64063

Ph: 816-524-4949
Fx: 816-524-4963
choorfar@hoorfarlaw.com
Attorney for Plaintiff

                                                /s/ Dennis J. Barton III
                                                Dennis J. Barton III